IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CARALE SHIELDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-01082-JDB-jay |
| | ) | |
| OBION COUNTY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

ORDER DIRECTING CLERK TO MODIFY THE DOCKET
AND
DIRECTING RESPONDENT TO FILE RELEVANT PORTIONS OF THE STATE COURT
RECORD AND A LIMITED RESPONSE TO THE PETITION

The Petitioner, Carale Shields, inmate number 521998, who is incarcerated at the Shelby County Correctional Center in Memphis, Tennessee, has filed a pro se petition under 28 U.S.C. § 2254 (the "Petition"). (Docket Entry ("D.E.") 1.) Petitioner has paid the habeas filing fee. (D.E. 5.) The Petition is before the Court on preliminary review. *See* Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules").[1] Petitioner challenges his Tennessee convictions from 1997 for five counts of sale of a controlled substance in violation of Tennessee Code Annotated § 39-17-417(A)(3).

It is ORDERED, pursuant to Habeas Rule 4, that Respondent file a limited response/answer to the Petition no later than twenty-eight days from the date of this order, addressing the timeliness

---

[1]The proper Respondent to this action is Petitioner's custodian, Shelby County Sheriff Floyd Bonner, Jr. *See* Fed. R. Civ. P. 25(d); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Clerk is **DIRECTED** to record the Respondent as Sheriff Bonner and to terminate Obion County, Tennessee, and the State of Tennessee as parties to this action.

of the Petition.   The answer shall include the relevant portions of the state court record, organized and appropriately indexed, as required by Administrative Order 16-31.[2]

Pursuant to Rule 5(e), Petitioner may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight days of service.   Petitioner may request an extension of time to reply if his motion is filed on or before the due date of his reply.   The Court will address the merits of the Petition, or of any motion filed by Respondent, after the expiration of Petitioner's time to reply, as extended.

It is ORDERED that the Clerk shall send a copy of the Petition and this order to the Respondent and the Tennessee Attorney General and Reporter by certified mail.   *See* Habeas Rule 4.

It is ORDERED that the Clerk shall mail the parties the form for Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85).

IT IS SO ORDERED this 13th day of June 2025.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[2]The party filing a document has the burden of ensuring the proper protection of sensitive information and taking measures to seal such information where appropriate.   *See* Electronic Case Filing Attorney User Manual for the United States District Court, Western District of Tennessee, Section I.A.13; *see also* Electronic Case Filing Policies and Procedures Manual for the United States District Court Western District of Tennessee, Section 8 Sealed Documents, https://www.tnwd.uscourts.gov/sites/tnwd/files/LocalRules.pdf (last accessed June 13, 2025).